FILED
May 16, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
                                   )     Case No. CR.S-06-0170-WBS
           Plaintiff,              )
                                   )
v.                                 )     ORDER FOR RELEASE OF
                                   )     PERSON IN CUSTODY
ONOFRE SOTO ZUNIGA,                )
                                   )
           Defendant.              )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ONOFRE SOTO ZUNIGA , Case No.  CR.S-06-0170-WBS , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔     Bail Posted in the Sum of $ 480,000.00

      ___   Unsecured Appearance Bond

      ___   Appearance Bond with 10% Deposit

      ___   Appearance Bond with Surety

      ___   Corporate Surety Bail Bond

      ✔     (Other)        Pretrial Conditions as stated on the record.

Issued at  Sacramento, CA  on  May 16, 2006  at  9:00 am  .

                              By   /s/ Gregory G. Hollows
                                   _____
                                   Gregory G. Hollows
                                   United States Magistrate Judge

Copy 5 - Court