```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  WILLIAM S. WONG
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2790
 5
 6
 7
 8                  IN THE UNITED STATES DISTRICT COURT
 9                FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )  CR S-06-0170 WBS
12                  Plaintiff,   )
                                 )  STIPULATION AND ORDER RESETTING
13            v.                 )  STATUS CONFERENCE, AND EXCLUDING
                                 )  TIME UNDER THE SPEEDY TRIAL ACT
14  ONOFRE SOTO ZUNIGA, and      )
    MINERVA CAMPOS,              )
15                               )
                    Defendants.  )
16  _____)
```

17      The United States of America, through its counsels of record,
18 McGregor W. Scott, United States Attorney for the Eastern District
19 of California, and William S. Wong, Assistant United States
20 Attorney, and defendant Onofre Soto Zuniga, through his counsel of
21 record, Terance Hallinan, Esq., and defendant Minerva Campos,
22 through her counsel of record, Kevin McLean, Esq., hereby submit
23 this stipulation and proposed order resetting the status conference
24 on August 2, 2006 to September 20, 2006.

25      Counsel for the government submits this stipulation and order
26 at the request of defendant Onofre Soto Zuniga's counsel, Terance
27 Hallinan, as a courtesy for out-of-town counsel.  The request to
28 continue the status conference is made at the request of Terence

Hallinan, counsel for defendant Onofre Soto Zuniga on the grounds that counsel needs additional time to investigate and prepare a legal defense for the defendant.  Additionally, Kevin McLean, counsel for defendant Minerva Campos, is engaging in additional discovery investigation with government's counsel.

Counsel for the government and the defense are actively negotiating a possible resolution to this matter and require additional time.

All counsels request that time be excluded from August 2, 2006, to September 20, 2006, from computation of time within which the trial of this case must be commenced pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (to give defense counsels reasonable time to prepare).

IT IS SO STIPULATED.

```
                                          McGREGOR W. SCOTT
                                          United States Attorney

Dated: August 2, 2006         By:  /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff

DATED: August 2, 2006         By:  /s/ Terence Hallinan
                                   TERENCE HALLINAN
                                   Attorney for Defendant
                                   ONOFRE SOTO ZUNIGA

DATED: August 2, 2006         By:  /s/ Kevin McLean
                                   KEVIN McLEAN
                                   Attorney for Defendant
                                   MINERVA CAMPOS
```
_____

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the status conference be continued as set forth

///

2

1 above and that this matter be set for further status conference on
2 September 20, 2006.
3     The Court finds excludable time as set forth above to and
4 including September 20, 2006.
5     **IT IS SO ORDERED.**
6
7 DATED:   August 7, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers; that on AUGUST 2, 2006, she served a copy of **STIPULATION AND ORDER RESETTING STATUS CONFERENCE, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** by placing said copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and its contents in the United States Mail at Sacramento, California.

Addressees:

Terence Hallinan, Esq.  
Law Office of Terence Hallinan  
819 Eddy Street  
San Francisco, CA 94109  

Kevin McLean, Esq.  
Belli & McLean  
473 Jackson Street, 2nd Flr.  
San Francisco, CA 94111  

_____  
LORI WHITMER