Kevin R. M<sup>c</sup>Lean, CSB 127209
LAW OFFICES OF BELLI & M<sup>c</sup>LEAN
473 Jackson Street, Second Floor
San Francisco, California  94111
Telephone:      (415) 981-0100
Facsimile:       (415) 981-2050

*Attorneys for Defendant*
MINERVA CAMPOS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
[Sacramento Division]

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MINERVA CAMPOS,**<br><br>Defendant. | Case No.  CR S-06-0170<br><br>STIPULATION AND ORDER RESETTING HEARING ON POSSIBLE CONFLICT OF INTEREST, TIME FOR DEFENDANT CAMPOS TO FILE BRIEF, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT. |

   The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Onofre Soto Zuniga, through his counsel of record, Terence Hallinan, Esq., and defendant Minerva Campos, through her counsel of record, Kevin M<sup>c</sup>Lean, Esq., hereby submit this stipulation and proposed order resetting the Hearing on possible conflict of interest on March 5, 2007 to March 19, 2007.

   Counsel for Defendant, Minerva Campos, shall have until Monday, March 5th, in which to file his brief which was originally due on February 27th.  The request to continue the Hearing on possible conflict of interest is made at the request of Kevin R. M<sup>c</sup>Lean, on the grounds that counsel is engaged in a Trial, March 5, 2007, in Modesto, Ca.

PDF created with pdfFactory trial version www.pdffactory.com

All counsels request that time be excluded from March 5, 2007, to March 19, 2007, from computation of time within which the trial of this case must be commenced pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 and Local Code T2, and whatever the Court has previously ruled concerning this issue.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated:  March 2, 2007          By:    /s/  William S. Wong
                                      WILLIAM S. WONG
                                      Assistant U.S. Attorney
                                      Attorneys for Plaintiff

Dated March 2, 2007            By:    /s/  Terence Hallinan
                                      TERENCE HALLINAN
                                      Attorney for Defendant
                                      **ONOFRE SOTO ZUNIGA**

Dated March 2, 2007            By:    /s/  Kevin McLean
                                      KEVIN McLEAN
                                      Attorney for Defendant
                                      **MINERVA CAMPOS**

### ORDER

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that the Hearing on possible conflict of interest be continued as set forth above and that this matter be set for further hearing on March 19, 2007.

The Court finds excludable time as set forth above to and including March 19, 2007.

**IT IS SO ORDERED.**

DATED:  March 2, 2007

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RESETTING HEARING ON POSSIBLE CONFLICT OF INTEREST, TIME FOR DEFENDANT CAMPOS TO FILE BRIEF, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT.– Case No. CR S-06-0170

PDF created with pdfFactory trial version www.pdffactory.com