GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for MINERVA CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-170-WBS |
| Plaintiff, ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| vs. ) | |
| ONOFRE SOTO ZUNIGA and ) MINERVA CAMPOS, ) | |
| Defendants. ) | |

    Defendants, through counsel, and the United States of America, through Assistant United States Attorney William S. Wong, agree that the Status Conference set for June 18, 2007, at 9:00 a.m., be continued to **July 23, 2007, at 9:00 a.m.**

    In addition, it is agreed that the Court should find excludable time through **July 23, 2007**, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: June 14, 2007    /s/ Gilbert A. Roque
    GILBERT A. ROQUE, Attorney for
    MINERVA CAMPOS, Defendant


DATED: June 14, 2007    /s/ Terence Hallinan
    TERENCE HALLINAN, Attorney for
    ONOFRE SOTO ZUNIGA, Defendant

1

1
2  DATED: June 14, 2007                /s/ William S. Wong
                                       WILLIAM S. WONG
3                                      Assistant United States Attorney
                                       (Signed per telephonic authorization)
4
5
6  **IT IS SO ORDERED.**

7  DATED:  June 15, 2007

8
9  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2