```
McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-06-0170 WBS |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION FOR AN |
| ) | EXTENSION OF TIME TO FILE ITS |
| v. ) | RESPONSE TO DEFENDANT'S MOTION TO |
| ) | COMPEL DISCLOSURE OF CONFIDENTIAL |
| ONOFRE SOTO ZUNIGA, ) | INFORMANTS |
| ) | |
| Defendant. ) | Date: September 17, 2007 |
| ) | Time: 8:30 a.m. |
| _____) | Ctrm: Hon. William B. Shubb |

The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, hereby submits its motion for an extension of time to file the government's response to defendant Onofre Soto Zuniga's motion to compel disclosure of confidential informants.

On August 17, 2007, defendant Onofre Soto Zuniga filed a motion to compel disclosure of confidential informants. The government's response was previously scheduled for August 31, 2007 and the hearing on the motion was scheduled for September 17, 2007, at 8:30 a.m. The jury trial in this matter has not been scheduled.

///

1

1   The government respectfully requests an extension of time to
2 file its response from August 31, 2007, to September 5, 2007.  The
3 government's request for an extension of time to file its response
4 is based on the attached declaration of government's counsel.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated: August 22, 2007        By:  /s/ William S. Wong
                                   WILLIAM S. WONG
                                   Assistant U.S. Attorney
                                   Attorneys for Plaintiff

2

**DECLARATION OF WILLIAM S. WONG**

I, William S. Wong, hereby declare as follows:

1.  I am the assigned counsel for the government in the case of <u>United States v. Zuniga, et al.</u>, CR. S-06-170 WBS.

2.  I will be out of state from August 23, 2007, to September 1, 2007.

3.  On August 17, 2007, defendant Onofre Soto Zuniga filed his motion seeking disclosure of the identity of confidential informants.

4.  From August 17, to August 22, 2007, AUSA Jason Hitt and I were involved in researching and writing the government's motion to dismiss an interlocutory appeal filed by defendant Thongsouk Lattanaphon and Minh Huynh in C.A. Nos. 07-10183 and 07-10203 which was filed on August 20, 2007, and performing on-going research and writing on the merits brief in that case to the present day.  In the event that the government's motion to dismiss the interlocutory appeal fails, the government's response brief based on the merits would then become due to the Ninth Circuit Court of Appeals. Because much of my time has been devoted to that case, which is presently scheduled for trial on October 2, 2007, I could not spend any time between August 17 and to the present day to respond to defendant Zuniga's motion seeking disclosure of the identity of informants.

5.  I am scheduled to return to the office, due to the Labor Day holiday, on September 4, 2007.  I can prepare the government's opposition by September 5, 2007.  This extension of time should not unduly impact the defendant's reply brief, if any, and the government has no opposition to extending the defense reply a few

1  days to accommodate his need for additional time, if any.
2  Furthermore, this extension of time should not impact the September
3  17, 2007 hearing date on the matter.
4      6.   I attempted to call Terence Hallinan, counsel for
5  defendant Zuniga, on August 21, 2007.  I left two messages advising
6  him of my request for an extension of time and a stipulation to that
7  effect.  Not having received any return call, I now file this formal
8  motion for an extension of time.
9      7.   The government respectfully requests an extension of time
10 to file its response brief to defendant Zuniga's motion to compel
11 disclosure of confidential informants from August 31, 2007, to
12 September 5, 2007.
13     This I say on information and belief and to the best of my
14 knowledge.  Executed this 22nd day of August, 2007, in Sacramento,
15 California.
16 Dated: August 22  , 2007

                                    /s/_____
                                    WILLIAM S. WONG

4

ORDER

FOR GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the government's response to defendant Zuniga's motion to compel disclosure of informants be extended from August 31, 2007, to September 5, 2007.  Furthermore, the defendant's reply, if any, is extended an additional five days.  The presently scheduled hearing on this motion remains set on September 17, 2007, at 8:30 a.m.

Dated: August 23, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE