GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for MINERVA CAMPOS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-170-WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ~~PROPOSED~~ ORDER |
| vs. ) | TO CONTINUE MOTIONS |
| ONOFRE SOTO ZUNIGA and ) | HEARING AND STATUS |
| MINERVA CAMPOS, ) | CONFERENCE |
| ) | |
| Defendants. ) | |
| _____ ) | |

    Defendants, through counsel, and the United States of America, through Assistant United States Attorney William S. Wong, agree that the Motions Hearing and Status Conference presently set for October 15, 2007, at 8:30 a.m., be continued to November 19, 2007, at 8:30 a.m.

    In addition, it is agreed that the Court should find excludable time through November 19, 2007, pursuant to Local Rule T-4.

Respectfully submitted,

DATED: October 5, 2007    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
MINERVA CAMPOS, Defendant

DATED: October 5, 2007    /s/ Terence Hallinan
TERENCE HALLINAN, Attorney for
ONOFRE SOTO ZUNIGA, Defendant

1

DATED: October 5, 2007        /s/ William S. Wong
                              WILLIAM S. WONG
                              Assistant United States Attorney

**IT IS SO ORDERED.**

DATED:  October 8, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE