McGREGOR W. SCOTT
United States Attorney
WILLIAM S. WONG
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2790

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>        v.<br><br>ONOFRE SOTO ZUNIGA, and<br>MINERVA CAMPOS,<br><br>                  Defendants. | ) CR S-06-0170 WBS<br>)<br>) STIPULATION AND ORDER RESETTING<br>) ENTRY OF PLEA, AND EXCLUDING<br>) TIME UNDER THE SPEEDY TRIAL ACT<br>) (~~PROPOSED~~) |

    The United States of America, through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and William S. Wong, Assistant United States Attorney, and defendant Onofre Soto Zuniga, through his counsel of record, Terence Hallinan, Esq., and defendant Minerva Campos, through her counsel of record, Gilbert Roque, Esq., hereby submit this stipulation and proposed order resetting the entry of plea hearing on February 25, 2008, to March 3, 2008 at 8:30 a.m.

    Counsel for the government and the defense are actively negotiating a possible resolution to this matter and require additional time to finalize the plea agreements.

///

1   All counsels request that time be excluded from February 25,
2   2008, to March 3, 2008, from computation of time within which the
3   trial of this case must be commenced pursuant to 18 U.S.C.
4   § 3161(h)(8)(B)(iv) and Local Code T4 (to give defense counsels
5   reasonable time to prepare).
6   IT IS SO STIPULATED.

7                                           McGREGOR W. SCOTT
                                            United States Attorney
8   Dated: February 22, 2008    By:   /s/ William S. Wong
9                                     WILLIAM S. WONG
                                      Assistant U.S. Attorney
10                                    Attorneys for Plaintiff

11  DATED: February 22, 2008    By:   /s/ Terence Hallinan
                                      TERENCE HALLINAN
12                                    Attorney for Defendant
                                      ONOFRE SOTO ZUNIGA
13
    DATED: February 22, 2008    By:   /s/ Gilbert Roque
14                                    GILBERT ROQUE
                                      Attorney for Defendant
15                                    MINERVA CAMPOS

16  _____

17                              **ORDER**

18     UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is
19  hereby ordered that the entry of plea hearing be continued as set
20  forth above.

21     The Court finds excludable time as set forth above to and
22  including March 3, 2008.

23     **IT IS SO ORDERED.**

24

25  DATED:  February 22, 2008

26  _____
                        WILLIAM B. SHUBB
27                      UNITED STATES DISTRICT JUDGE

28

                                  2